[Nos. 41931-9-II; 41981-5-II. Division Two. October 2, 2012.]

JAMES SHARBONO ET AL., *Appellants*, v. UNIVERSAL
UNDERWRITERS INSURANCE COMPANY ET AL.,
*Respondents*.

CLINTON L. TOMYN ET AL., *Individually, as Personal
Representative, and as Guardian*, ET AL.,
*Respondents*, v. CASSANDRA SHARBONO
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 01-2-07954-4, Rosanne Buckner, J., entered
March 4, 2011. *Affirmed in part, reversed in part*, and
*remanded with instructions* by unpublished opinion per
Penoyar, J., concurred in by Hunt, J., and Armstrong, J. Pro
Tem.

[No. 41932-7-II. Division Two. October 2, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH LESLIE
SULLIVAN III, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 08-1-01591-6, Christine A. Pomeroy, J.,
entered March 11, 2011. *Reversed* and *remanded with
instructions* by unpublished opinion per Worswick, C.J.,
concurred in by Hunt and Van Deren, JJ.

[No. 42294-8-II. Division Two. October 2, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JERELL MARSHON
JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 09-1-02596-9, Elizabeth P. Martin, Vicki L.
Hogan, and Thomas Felnagle, JJ., entered June 24, 2011.
*Affirmed* by unpublished opinion per Johanson, J., con-
curred in by Worswick, C.J., and Penoyar, J.